UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC,<br><br>               Plaintiff.<br><br>     v.<br><br>BVGA MIPOW (USA) CO., LTD,<br><br>               Defendant. | Case No. 19-cv-00393-JCS<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 11 |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 26, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **May 31, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on April 26, 2019, for failure to prosecute, and for failure to comply with the Court's Order of January 25, 2019. A case management conference is also scheduled for **May 31, 2019**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: April 30, 2019

JOSEPH C. SPERO
Chief Magistrate Judge