UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BVGA MIPOW (USA) CO., LTD,<br><br>        Defendant. | Case No. 19-cv-00393-SI<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE REPORT & RECOMMENDATION ON DEFENDANT'S REGISTERED AGENT**<br><br>Re: Dkt. No. 35 |

Now before the Court is plaintiff's motion for default judgment and Magistrate Judge Spero's April 28, 2020 Report and Recommendation, which recommends that plaintiff's motion be granted in part and denied in part.

The Court has reviewed the Certificate of Service at Dkt. No. 38 and notes that it states that the Report and Recommendation was served by email only on Yang Fan, a Mipow employee. The Court finds that it is appropriate to direct plaintiff to also serve the Report and Recommendation on Mipow's registered agent for service, and to file a Certificate of Service documenting such service.[1]

**IT IS SO ORDERED**.

Dated: May 13, 2020

SUSAN ILLSTON
United States District Judge

---

[1] The Court also notes that while it appears the complaint was served on Mipow's registered agent Phillip Hsu by mail, at least some of the motion for default papers were served on Mr. Hsu by email, perhaps at an incorrect email address. *Compare* Dkt. No. 9-3 (listing Phillip Hsu at Milpitas address), *with* 28-18 (stating Hsu was served by email at "philllip.hsu@stratysconsulting.com"). The Court also notes that the California Secretary of State website lists a San Jose address for Mr. Hsu, which appears to be the address of Stratys Consulting.