UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BVGA MIPOW (USA) CO., LTD,<br><br>　　　　　Defendant. | Case No. 19-cv-00393-SI<br><br>**JUDGMENT** |

　　　The Court GRANTED in part and DENIED in part plaintiff's motion for default judgment. Judgment in hereby entered in favor of plaintiff and against defendant in the amount of $88,352.73.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 5, 2020

SUSAN ILLSTON
United States District Judge